# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:                    )           CHAPTER 13

   CHRISTOPHER M GRAY        )

                          )          CASE NO. 14-32254-DHW-13

      Debtor(s).               )

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now Comes the Movant, RIVERDALE CREDIT UNION, a creditor herein, by its attorneys, Chambless Math ◆ Carr, P.C. and for its Motion for Relief from the Automatic Stay, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C Section 1334, as referred under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter statute.

2. This Motion is made pursuant to Bankruptcy Rule 4001 and in conformity with Rule 9014.

3. Movant is precluded by the force and effect of Section 362(a) of the Bankruptcy Code from enforcing Movant's lien against property of the estate and property of the Debtors.

4. The Debtor(s) are indebted to Movant in sum of $96,399.00 plus interest until paid.

5. The consideration was an obligation for the sum on the date shown on the contract attached to the secured proof of claim filed herein by the Movant.

6. Pursuant to the attached, Movant has a security interest in the 5151 AL HWY 22, STANTON, AL 36790 and any appliances affixed thereto described in said contract.

7. The Debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. Section 1322(b)(2), the Debtors are expressly precluded from modifying the rights of a holder of a secured claim secured only by a security interest in real property that is the Debtors' principal residence.



8. Despite the statutory requirement, the Debtor(s) have failed to make the regularly monthly contract payments as required by 11 U.S.C. Section 1322(b)(2) and the Order of Confirmation entered by this Court. The debtors are delinquent from the MARCH 29, 2016 - SEPTEMBER 29, in the amount of $5,245.08 plus attorneys fees and costs for the filing of this motion.

9. Such default constitutes cause within the prescribes of 11 U.S.C. Section 362(d)(1), entitling Movant to relief from stay, so that it may enforce its lien against the subject real estate involved herein.

WHEREFORE, Movant prays for an Order granting relief from the Section 362 automatic stay along with such further and other relief as this court may deem proper.


RIVERDALE CREDIT UNION


By: Leonard N. Math

Of Counsel:
Chambless Math ◆ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on October 17, 2016.

Manner of Service

x      by electronic notice

SABRINA L. MCKINNEY
Acting Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101
trustees_office@ch13mdal.com


RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101
RSHINBAUM@SMCLEGAL.COM

x      depositing a copy thereof in the United States mail postage prepaid:

CHRISTOPHER M GRAY
5151 HWY 22
STANTON AL 36790

*/s/ Leonard N. Math*
Chambless Math ❖ Carr, P.C.